UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FREDERICK SCHIFF,

    Plaintiff,

    v.

TERESA BARRETT, et al.,

    Defendants.
_____/

No. C 10-1051 PJH

**ORDER**

    The court is in receipt of a chambers copy of the Declaration of Frederick Schiff in support of his motion for preliminary injunction.  The declaration is not in usable format.  The declaration includes numerous exhibits, but the exhibits are not tabbed.  The court is unable to locate exhibits in a lengthy declaration if they are not tabbed.  The court will consider the contents of the Schiff Declaration only if a usable copy is submitted by June 4, 2010.

**IT IS SO ORDERED.**

Dated:  June 3, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge