UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FREDERICK SCHIFF,

    Plaintiff,

    v.

TERESA BARRETT, et al.,

    Defendants.
_____/

No. C 10-1051 PJH

**NOTICE OF ERRATA**

The Order Granting Motion to Dismiss filed December 13, 2010 should read as follows at page 3, line 18:

    10.    The third amended complaint shall be filed no later than January 5, 2011.

**IT IS SO ORDERED.**

Dated: December 14, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge